# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00524-GPG

**HOMAIDAN AL-TURKI**,

    Plaintiffs,

v.

**ANN TOMSIC**, Chief Deputy District Attorney in her official and individual capacities;
**GEORGE BRAUCHLER**, District Attorney, in his official and individual capacities;
**JON BIBIK**, Special Agent in his individual capacity;
**ROBERT GOFFI**, Chief Division Counsel, in his individual capacity;
**Paul Hollenbeck**, in his individual capacity; and
**JOHN AND JANE DOES 1 through 10**, in their individual and/or official capacities,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.CivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal and should be drawn to a **presiding** judge, and when applicable to a **magistrate** judge, D.C.COLO.LCivR 40.1(a).  Accordingly, it is

**ORDERED** that this case shall be drawn to a **presiding** judge, and when applicable to a **magistrate**  judge.

DATED May 16, 2015, at Denver, Colorado.

                                              BY THE COURT:

                                              S/ Gordon P. Gallagher

                                              Gordon P. Gallagher
                                              United States Magistrate Judge