IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00524-KLM

HOMAIDAN AL-TURKI,

    Plaintiff,

v.

ANN TOMSIC, individually and in her official capacity as Chief Deputy District Attorney,
GEORGE BRAUCHLER, individually and in his official capacity as District Attorney,
JON BIBIK, Special Agent, in his individual capacity,
ROBERT GOFFI, Chief Division Counsel, in his individual capacity,
PAUL HOLLENBECK, in his individual capacity, and
JOHN DOES 1-10, in their individual and/or official capacities,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Vacate Scheduling Conference** [#51][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#51] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for August 17, 2015 at 10:30 a.m. is **VACATED** and **RESET** to **October 27, 2015** at **10:30 a.m.** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures. The parties shall submit the proposed scheduling order no later than **October 20, 2015**.

    Dated: August 4, 2015

---

[1] "[#51]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.