IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00524-REB-KLM

HOMAIDAN AL-TURKI,

    Plaintiff,

v.

ANN TOMSIC, individually and in her official capacity as Chief Deputy District Attorney,
GEORGE BRAUCHLER, individually and in his official capacity as District Attorney,
JON BIBIK, Special Agent, in his individual capacity,
ROBERT GOFFI, Chief Division Counsel, in his individual capacity,
PAUL HOLLENBECK, in his individual capacity, and
JOHN DOES 1-10, in their individual and/or official capacities,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Substitute Pleading** [#62] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#62] is **GRANTED**. Plaintiff's Response [#61] is deemed **withdrawn**, and Plaintiff's Amended Response [#62-1] is accepted as timely filed as of the date of this Minute Order. Defendants' deadline to file a Reply remains October 2, 2015.

    Dated: September 29, 2015