IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00524-REB-KLM

HOMAIDAN AL-TURKI,

    Plaintiff,

v.

ANN TOMSIC, individually and in her official capacity as Chief Deputy District Attorney,
GEORGE BRAUCHLER, individually and in his official capacity as District Attorney,
JON BIBIK, Special Agent, in his individual capacity,
ROBERT GOFFI, Chief Division Counsel, in his individual capacity,
PAUL HOLLENBECK, in his individual capacity, and
JOHN DOES 1-10, in their individual and/or official capacities,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants Jon Bibik and Robert Goffi's **Unopposed Motion of Defendants Jon Bibik and Robert Goffi Seeking Permission for Their Counsel to Appear Telephonically at Forthcoming Scheduling Conference** [#85] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#85] is **DENIED as moot**. On December 15, 2015, the Court vacated the Scheduling Conference until resolution of the pending Motions to Dismiss. *See Minute Order* [#86]. Thus, these Defendants' request to appear telephonically at the Scheduling Conference is moot.

    Dated: December 21, 2015